IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONRAI MEMORY LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP and HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendants. | Case No. 22-cv-1498-CFC <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Upon application of Defendants Hewlett Packard Enterprise Company and Hewlett Packard Enterprise Development LP (collectively, "Defendants"), and for good cause shown,

IT IS THEREFORE HEREBY ORDERED, this 23rd day of January, 2023 that the Memorandum In Support of Defendants' Motion to Dismiss Sonrai Memory Ltd.'s First Amended Complaint Under 12(b)(6) ("Memorandum") be placed under seal in the above-captioned matter. Plaintiff shall file a public version of the Memorandum, with the confidential information redacted, within seven days.

Dated:

_____
CHIEF UNITED STATES DISTRICT JUDGE